IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| BRIAN K. POWELL and KARA M. POWELL, Plaintiffs, v. BAREFOOT CARRIERS, INC., Defendant. | ) | C/A No. 3:16-cv-105-JFA **PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF DEFENDANT'S EXPERT V. SHAW EVANS, MD** |

Plaintiffs Brian Powell and Kara Powell, by and through their undersigned counsel, hereby move the Court for an Order excluding the trial testimony of Defendant's expert witness, V. Shaw Evans, M.D., pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). This motion is supported by the pleadings filed in this case, the memorandum of law submitted in support of this motion including exhibits, the applicable law and any other authority, brief, or evidence which the Plaintiffs may present to this Court at or before a hearing on this matter.

Respectfully submitted this 8th day of February, 2018.

WALKER MORGAN, LLC

s/S. Kirkpatrick Morgan, Jr.
S. Kirkpatrick Morgan, Jr., Fed. ID #5035
Charles T. Slaughter, Fed ID #10690
135 East Main Street
Post Office Box 949 (29071)
Lexington, South Carolina 29072
Telephone: (803) 359-6194
Facsimile: (803) 957-4584
km@walkermorgan.com
chuck@walkermorgan.com
*Attorneys for the Plaintiffs*