# FOCUS CONSULTANTS, LLC

March 28, 2017

V. Shaw Evans, MD

Adult, Child, and Adolescent Psychiatrist

4500 Ft. Jackson Blvd., Columbia, SC 29209

INDEPENDENT MEDICAL EVALUATION - PRELIMINARY REPORT

Case: Brian Powell and Kara Powell, Individually and as Parents and Natural Guardians of W.C.P., a minor (Plaintiffs) v. Barefoot Carriers, Inc. and Lydell Hampton (Defendants)

Civil Action No. 3:16-CV-105-JFA

Qualifications:

My curriculum vitae, including education and professional experiences, is attached. Included in this CV are legal proceedings in which I have served as an expert witness and/or consultant.

Compensation:

Fees for services rendered are listed on the attached billing form at an hourly rate. My compensation is unaffected by the outcome of the case.

Introduction:

The purpose of this Independent Medical Evaluation is to determine the impact of Somatic Symptom Disorder, as well as any other psychological or psychiatric disorders, on the medical complaints identified by Mr. Brian Powell, both before and after the accident on June 8, 2014.

History:

The above case was referred to me by Mr. Thomas Salane, legal counsel at Turner, Padget, Graham, and Laney, P.A., for an Independent Medical Consultation. I have reviewed all the records provided to me by Mr. Salane in reference to this case. My report is based on an extensive review of the medical records of Mr. Brian Powell, dating back to 2012. These records include, but are not limited to, the following:

1. Records from Southeastern Spine, Palmetto Imaging, and Palmetto Health Pain management and rehabilitation from 2012 to 5/2014.

2. Records from EMS and Lexington Medical Center immediately following the accident on 6/8/2014.
3. Records from numerous providers, clinics, and hospitals from 6/11/14 – 8/29/16, including Health Source Chiropractic, Progressive Rehab and Wellness, Southeastern Spine Institute, Spinal Kinetics, Three Rivers Medical Associates, Kim Massey, Kevin Krebs, MD, Carolina Physical Therapy and Sports Medicine, The Pain Center Irmo, Moore Orthopedics, The Pain Center of FirstChoice Healthcare, Daniel Westercam,MD, Cynthia Carter,MS,LPC, Pavilion Treatment Center, Michael Rubin, PhD., and Palmetto Baptist ER.

Conclusions:

It is my best medical opinion, and with a reasonable degree of medical certainty based on the records provided, that Mr. Brian Powell suffers from the DSM-V diagnoses of:

1. Somatic Symptom Disorder (F45.1), with predominant pain, persistent, severe (2 or more of the symptoms in criteria B plus multiple somatic complaints or one very severe somatic complaint).

2. Persistent Depressive Disorder (F34.1)

3. Opioid Use Disorder (F11.20), on maintenance therapy

Furthermore, it is my opinion that the MVA on 6/8/2014 is not the causative factor in the psychological, psychiatric, and medical issues he has been reporting, but a continuing pattern of symptoms, involving the constant and continuous self-report of extensive pain, with no significant objective physical findings, that have been present since 2012, and have not responded to numerous and extensive medical interventions. In addition, symptoms of depression and anxiety had been reported for an extended period of time prior to the accident on 6/8/2014. I have based my findings on objective information contained in Mr. Powell's medical records.

The reasons I have made this determination are based on the following information contained in the medical records provided:

1. Records from Palmetto health Pain management and Rehabilitation Center indicate that Mr. Powell has complained of back pain since 2012. He was enrolled in the Full Pain Program there from 3/27/2014-5/12/2014, after having received treatment from 2012-2014 by a number of providers and had extensive interventions prior to being enrolled in the Full Pain program. These interventions followed an event in 2012 where Mr. Powell had lifted a bag of concrete. He complained of severe back pain. He received interventions that included physical therapy, occupational therapy, opioid pain management, as well as surgical intervention from Southeastern Spine Institute.

2. Even after numerous interventions, Mr. Powell never had cessation of back pain complaints. The current legal case is based on the allegations that Mr. Powell has experienced pain symptoms that have resulted in his being unable to work and affecting his functioning overall. However, it is my opinion that his symptoms are a continuation of Somatic Symptom Disorder that date back to 2012. There are references made in his records where Mr. Powell stated he was not having any significant pain or functional impairments prior to the accident on 6/8/2014. However, this is not supported by his medical records from Palmetto Health Pain Management and Rehabilitation Center (see item 3 below).

3. The Discharge Summary from Amit Singh, DO at Palmetto Health Pain Management dated 5/12/2014 indicates that Mr. Powell was in his last week of the 5 week Full Pain Program. It states that Mr. Powell has 'improved functioning despite the pain'. Dr. Singh reports: 'The pain continues to be constant in the mid thoracic back. It is sharp and exacerbated by any physical or mental stressors'. In addition, the Physical Therapy progress note summary from the Full Pain program, covering the dates 4/28/14, 4/29/14, 4/30/14, 5/1/14, and 5/2/14, indicated that Mr. Powell 'records his pain intensity as 6 on a scale of 0-10 this week' and that his 'pain behavior is moderate' (on a scale of none/minimal/moderate/high). The above information also supports the finding that his pain, functional impairments, and Somatic Symptom Disorder had not resolved prior to the accident on 6/8/2014.

4. Immediately following the accident on 6/8/2014, Mr. Powell was evaluated at the Lexington Medical Center Emergency Room. He was noted to have an 'affect that was very peculiar' per Dr. Bobbett Gordon. His imaging studies reported that 'none of the radiology studies support any acute traumatic injury'. There were concerns noted in the ER notes about the possibility of Malingering due to Mr. Powell's complaints of numerous symptoms without any medical exams showing any abnormalities. As noted by Lindsay McGuire,RN : 'Patient states he can't move anything on his right side and demonstrates he can only move his pinky. But patient is noted to be talking on his cellphone, moving both upper extremities with full ROM, NAD (no apparent distress), or S/S (signs or symptoms) of pain noted'.

5. Mr. Powell was seen by Kim Massey, PT on 6/16/14, who made notations in her report that support the concerns about 'underlying somatoform issues, and inconsistent posturing of R hand which I couldn't explain'. Her recommendations after that visit were to 'hold PT until medically cleared, and to be seen by Psychiatry and a spine MD'.

6. Records from 3 Rivers Medical Associates on 11/24/14 indicate the diagnosis of Somatoform Pain Disorder was added to Mr. Powell's medical record by his PCP, Dr. David Keith Bridgers. Dr. Bridgers also expressed concerns over Mr. Powell's mental status and stated he was 'not comfortable being his pain medication doctor' and also indicated that Mr. Powell needed to see a counselor and continue to see his Psychiatrist, Dr. Kevin Krebs. Additional records from a follow-up visit on 2/26/15 show that Dr. Bridgers indicated that Mr. Powell 'spent a large percentage of time talking about being disabled and that no one would help him'. He also stated they talked about the diagnosis of Somatoform Pain Disorder, which Mr. Powell wanted removed from his chart because 'the patient thinks he is unable to get money from a disability policy because of that diagnosis'.

7. Records from Pavilion Treatment Center from 7/23/15-7/31/15 indicate a diagnosis of Opiate and Benzodiazepine Dependence. Also, Dr. Roy Smith noted that 'there is a psychiatric overlay to his pain complex, possibly rising to the level of conversion symptoms'. During this hospitalization, Dr. John Roberts, a Psychiatrist, indicated diagnoses of Chronic Pain, Conversion Disorder –vs- Malingering, Major Depressive Disorder, and possible PTSD. He noted in observation of Mr. Powell that 'when distracted, he has fluent motion without any observable loss of motion. And was also observed bending over easily while picking up a dropped pen' despite ongoing complaints over severe pain and loss of range of motion.

8. Letter written by Derek McMurry, NP, of the Pain Center of FirstChoice Healthcare,P.C., on 8/29/2016 stated that 'I agree with Dr. Ryann Krafft's prior diagnosis of Somatoform Disorder, and believe that this is still a contributing factor to his ongoing pain'.

Summary:

Based on my review of this case involving Mr. Brian Powell, it is my best medical opinion, and with a reasonable degree of medical certainty, that Somatic Symptom Disorder (DSM-V criteria) has been present since 2012 and has been an ongoing chronic condition that was not the result of the accident on 6/8/14. The review of medical records from 2012-2014 support this diagnosis being present prior to 6/8/14, with a continuation of symptoms through the last recorded medical letter I reviewed from 8/29/16. The records from multiple providers following the accident continue to indicate his ongoing complaints of severe pain, despite multiple medical interventions, are primarily a result of Somatic Symptom Disorder (previously called Somatoform Disorder prior to DSM-V).

Exhibits:

The DSM-V criteria for Somatic Symptom Disorder are attached, along with my CV and fee schedule.

Restrictions and Right to Amend:

This report is not intended for any other use other than the referenced litigation and has been prepared solely for that purpose. The opinions and conclusions in this report are based in part upon my review of the documents and medical records provided to me. In the event additional documents, records, and/or testimony are made available to me, I reserve and request the right to amend this report if indicated.

This report is being shared with Mr. Salane, Attorney for the Defendant, on 3/28/17.

Sincerely,

V. Shaw Evans, MD

Adult, Child, and Adolescent Psychiatrist

Focus Consultants, LLC

The above report is prepared for Thomas Salane, Esquire.

746 Abelia Rd.
Columbia, S.C.
29205

803-665-2106 (mobile)
803-359-7291(fax)
smegkate@aol.com

# V. Shaw Evans, M.D.

**Objective**

Provide superior psychiatric care and consultation to adults, children, adolescents, and their families. Legal consultations/expert witness.

**Experience**

2004-present Focus Consultants ,LLC Columbia, SC

**President**

- Specialty clinic for the evaluation and treatment of ADHD in adults and children with comorbid psychiatric conditions. Available to do Legal consultations as expert witness.

2001-present Lexington Mental Health Lexington, SC

**Medical Director**

- Supervisor of ten Psychiatrists in a community mental health center
- Monitoring the psychiatric staffing needs of patients in six offices
- Coordinating care within the medical community

1997-present Lexington Mental Health Lexington, SC

**Senior Psychiatrist**

- Provider of care within adult, child, and adolescent services

1997-present Heathwood Hall School Columbia, SC

**Psychiatric Consultant**

- Consultant to a local private school with students ranging from K – 12th grade

1997-1999 Columbia Psychiatric Columbia, SC

**Psychiatrist**

- Private practice specializing in child and adolescent psychiatric disorders
- Marriage and family therapy

**Training**

- 1995-1997 : Fellow in Child Psychiatry ; Vanderbilt Medical Center Nashville, TN ( Chief Resident 1996-1997 )
- 1992-1995 : Resident in Psychiatry ; Vanderbilt Medical Center Nashville, TN

**Education**

- 1988-1992 : Medical : Medical University of South Carolina ; Charleston, SC
- 1983-1987 : College : Wofford College ; Spartanburg, SC
  B.S. degree in Biology with a French minor

**License/Certificate**

- Board Certified in Adult Psychiatry ; 1997; recertified 2007
- Board Eligible in Child and Adolescent Psychiatry ; 1997
- S.C Medical License # 19178

**Presentations**

- National, regional, and local presentations on ADHD and Comorbid Disorders; ADHD : A Biopsychosocial Disorder; Survivor ADHD; Mood Disorders in Children and Adults; The Presentations of Anxiety Disorders in Children and Adolescents; Bipolar Disorder and Comorbid ADHD in Adults; Treatment Algorithms for MDD in Adults; Schizophrenia Treatment in Adults and Adolescents; Psychopharmacology Update for Primary Care Physicians

**Faculty**

- Shire Pharmaceuticals, Vaya Pharma and Neos Therapeutics

**Legal cases**

- Civil: Medical expert/consultant/witness : 8/2013- Kennedy v. Ferguson Enterprises (plaintiff); 10/2013- McKie v. Walmart Corporation (defendant); 6/2014- Cruz v. Richland County School District 2 (defendant); 1/2015- Smith and Smith v. Rebecca Beverly (defendant), 1/2016- Plunkett v. Thomas (defendant), 4/2016- Elkins v. Evans (defendant)
- Criminal: Various cases involving legal proceedings, detention orders, and involuntary commitments for individuals with mental health issues/psychiatric conditions

# Somatic Symptom Disorder

## Diagnostic Criteria

**300.82 (F45.1)**

A. One or more somatic symptoms that are distressing or result in significant disruption of daily life.

B. Excessive thoughts, feelings, or behaviors related to the somatic symptoms or associated health concerns as manifested by at least one of the following:

1. Disproportionate and persistent thoughts about the seriousness of one's symptoms.
2. Persistently high level of anxiety about health or symptoms.
3. Excessive time and energy devoted to these symptoms or health concerns.

C. Although any one somatic symptom may not be continuously present, the state of being symptomatic is persistent (typically more than 6 months).

*Specify* if:

**With predominant pain** (previously pain disorder): This specifier is for individuals whose somatic symptoms predominantly involve pain.

*Specify* if:

**Persistent:** A persistent course is characterized by severe symptoms, marked impairment, and long duration (more than 6 months).

*Specify* current severity:

**Mild:** Only one of the symptoms specified in Criterion B is fulfilled.

**Moderate:** Two or more of the symptoms specified in Criterion B are fulfilled.

**Severe:** Two or more of the symptoms specified in Criterion B are fulfilled, plus there are multiple somatic complaints (or one very severe somatic symptom).